UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:24-cr-472-TPB-AAS

KENNETH VOGEL,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    This matter is before the Court on the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered on January 5, 2026. (Doc. 61). Following an evidentiary hearing (Docs. 56; 63), Judge Sansone recommends that "Defendant's Motion to Dismiss Based on Destroyed Evidence" (Doc. 37) be denied because Defendant failed to show that his due process rights had been violated by Deputy Clayton's error regarding the dash camera video recording. No party has filed an objection, and the time to object has expired.

    Under the Federal Magistrates Act, Congress vests Article III judges with the power to "designate a magistrate judge to hear and determine any pretrial matter pending before the court," subject to various exceptions. 28 U.S.C. § 636(b)(1)(A). The Act further vests magistrate judges with authority to submit proposed findings of fact and recommendations for disposition by an Article III judge. 28 U.S.C. § 636(b)(1)(B). After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and

recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).

After careful consideration of the record, the Court adopts the report and recommendation. Judge Sansone's well-reasoned report and recommendation thoughtfully addresses the issues, and her findings and conclusions are factually and legally sound.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Judge Sansone's report and recommendation (Doc. 61) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Defendant's Motion to Dismiss Based on Destroyed Evidence" (Doc. 37) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 27th day of January, 2026.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE